HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALBERTO SOTO, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case 1:20-mj-00089-SAB |
|---|---|
| Plaintiff, | **CONSENT TO APPEAR BY VIDEO TELECONFERENCE** |
| vs. | |
| ALBERTO SOTO, JR., | |
| Defendant. | |

    I, Alberto Soto, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my change of plea in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by video teleconference for the change of plea hearing currently set for March 18, 2021.

Dated: March 17, 2021      */s/ Matthew Lemke*
                                                 MATTHEW LEMKE
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 ALBERTO SOTO

Dated: March 17, 2021      */s/ Alberto Soto*
                                                 ALBERTO SOTO
                                                 Defendant

**ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Alberto Soto is permitted to appear by video teleconference for the change of plea scheduled to take place on March 18, 2021.

IT IS SO ORDERED.

Dated:   **March 17, 2021**

UNITED STATES MAGISTRATE JUDGE