# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-mj-00089-SAB-1 |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO APPEAR AT THE OFFICE OF THE UNITED STATES MARSHALS SERVICE FOR PROCESSING WITHIN THIRTY DAYS |
| v. | |
| ALBERTO SOTO, JR., | |
| Defendant. | |

On March 18, 2021, Alberto Soto, Jr. ("Defendant") was sentenced in this matter and is required to be processed through the United States Marshalls Service.  Defendant is directed to contact the United States Marshal at 559-442-2817 to make an appointment to be processed.

Accordingly, IT IS HEREBY ORDERED that, within **thirty (30) days** of the date of service of this order, Defendant Soto shall appear at the United States Marshal Service, 2500 Tulare Street, 3rd Floor, Fresno, California 93721 for processing.  Defendant is advised that the failure to comply with this order is a violation of his/her probation.  The Clerk of the Court is HEREBY DIRECTED to serve a copy of this order on the United States Marshals Service.

IT IS SO ORDERED.

Dated: **March 24, 2021**

UNITED STATES MAGISTRATE JUDGE