1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ALBERTO SOTO JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-mj-00089-SAB
12 |         Plaintiff, | STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C); ORDER
13 | vs. |
14 |   |
15 | ALBERTO SOTO JR., |
16 |         Defendant. |

17

18       IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Alexandre Dempsey, counsel for the plaintiff, and

20 Assistant Federal Defender Erin Snider, counsel for Alberto Soto, Jr., that the Court may modify

21 condition 4 to excuse payments in December 2022 and January 2023 and reduce the total

22 financial obligation owed to $1,640.00.

23       On May 19, 2022, Mr. Soto admitted to violating the conditions of his probation by

24 failing to pay his fine. *See* ECF #25. This Court sentenced Mr. Soto to 24 months of

25 unsupervised probation, with the condition that he pay an $1,800 fine and a $10 special

26 assessment for a total financial obligation of $1,810. *See* ECF #26. The Court set a payment

27 schedule of $85 per month, beginning June 15, 2022. *See id.* The Court set a review hearing for

28 November 16, 2023. *See id.*

Mr. Soto made payments in June, July, August, September, October, and November 2022. *See* Ex. A at 4. However, on December 11, 2022, he was involved in a car accident, during which he totaled his car. Having lost his means of transportation, Mr. Soto was unable to go to work for two weeks. In addition to losing income as a result of his car accident, Mr. Soto, who is a fieldworker, has suffered reduced work hours due to the recent storms. In light of these changes to his financial situation, Mr. Soto has been unable to make a payment in December 2022 and will not be able to make his January 2023 monthly payment. He anticipates that he will have financially recovered by February 2023 and will be able to recommence monthly payments then.

In light of the change in Mr. Soto's financial circumstances, the parties jointly request that the Court modify condition 4 of Mr. Soto's probation to excuse monthly payments for December 2022 and January 2023. The parties further request that the Court reduce the total financial obligation owed by $170.00—the amount Mr. Soto would have paid in December 2022 and January 2023 had he not experienced financial hardship. The parties agree that extinguishing those payments, rather than extending probation for two months to allow Mr. Soto to make up the missed payments, is reasonable and fair given that Mr. Soto made monthly payments up until his car accident and timely notified counsel of the change in his financial condition. An extension of probation would amount to punishing Mr. Soto for his financial hardship, which neither party believes appropriate under the circumstances.

In light of the foregoing, the parties request that the Court modify condition 4 to excuse monthly payments for December 2022 and January 2023 and reduce the total financial obligation to $1,640.00. Mr. Soto waives his right to a hearing on the modification of the terms of probation.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 12, 2023          */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

|  |  |
|---|---|
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 12, 2023 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>ALBERTO SOTO, JR. |

**O R D E R**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies condition 4 as follows:

4. The defendant shall pay a fine of $1,630.00 and a special assessment of $10.00 for a total financial obligation of $1,640.00 with monthly payments of $85.00 commencing on 6/15/2022 and each month thereafter by the 15th of the month until paid in full. *The defendant is excused from making monthly payments in December 2022 and January 2023 in light of a change in his financial circumstances. The defendant shall resume making monthly payments on February 15, 2023.*

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: __**January 13, 2023**__

UNITED STATES MAGISTRATE JUDGE

Soto – Stipulation   3