# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ALBERTO SOTO, JR.,<br><br>    Defendant. | Case No. 1:20-mj-00089-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

    PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

    **Convicted of:**   36 CFR § 4.2(b)/Cal. Vehic. Code § 12500(a)

    **Sentence Date:**  July 28, 2022 (conditions modified January 13, 2023)

    **Review Hearing Date:** November 16, 2023

    **Probation Expires On:** May 19, 2024

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1640 which Total Amount is made up of a Fine: $ 1630 Special Assessment: $ 10 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 85 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

  **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense):

☒ To date, Defendant has paid a total of $ 680
  ☒ If not paid in full when was last time payment:  Date: March 2023
                          Amount: 85.00

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 11/16/2023 at 10 am

  ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

  ☐ be vacated.

☒ that Defendant's in-person appearance for the review hearing be waived and that he be allowed to appear via Zoom. Defendant lives in Tulare County and does not have the means to travel to Fresno.

DATED: 11/2/2023
　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Laura Myers
　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Chan Hee Chu
　　　　　　　　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Defendant appear and he may appear video for the November 16, 2023, review hearing. Defendant shall appear on a device which has appropriate and stable internet connection, and is not a phone, and shall be appropriately dressed and shall have a background as if defendant were appearing in court. Failure to do so will result in future hearings being in-person.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **November 3, 2023**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE