| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | LAURA MYERS, IL Bar #6338417 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ALBERTO SOTO, JR |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:20-mj-00089-SAB |
| Plaintiff, | | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | | |
| ALBERTO SOTO, JR, | | |
| Defendant. | | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Alberto Soto, Jr., that the sentencing hearing scheduled for April 18, 2024, may be continued to May 23, 2024, at 10:00 a.m.

On December 14, 2023, Mr. Soto made an initial appearance for an allegations that he violated his probation. On February 15, 2024, he entered an admission to the charges. Sentencing was set for April 18, 2024.

Mr. Soto underwent emergency surgery on Friday, April 5, and he remains hospitalized pending a follow-up surgery. He expects to be hospitalized for several more weeks.

For this reason, a continuance of the sentencing hearing in this case is in the interest of justice and reflects the most judicious use of the Court's resources. A one-month continuance will allow Mr. Soto to appear after he is out of the hospital.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 15, 2024

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
ALBERTO SOTO, JR


PHILLIP A. TALBERT
United States Attorney

Date: April 15, 2024

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently set for April 18, 2024, is hereby continued to May 23, 2024, at 10:00 a.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 15, 2024**

_____
UNITED STATES MAGISTRATE JUDGE