PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO SOTO, JR.,<br><br>Defendant. | CASE NO. 1:20-MJ-00089-SAB<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: May 23, 2024<br>TIME: 10:00 a.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and Defendant Alberto Soto, Jr., by and through defendant's counsel of record, submit this stipulation to continue the May 23, 2024 sentencing to July 26, 2024 at 10:00 am:

1. On February 15, 2024, Defendant admitted to the two charges in the probation violation petition (failure to timely pay financial obligations and new law violation). Sentencing was set for April 18, 2024 and was later continued to May 23 due to Mr. Soto being hospitalized in April.

2. On March 28, 2024, Probation prepared a criminal history report. As that criminal history report shows, Defendant sustained two DUI convictions in 2011 and 2014. Since that time, his license has not been reinstated and, instead, he has been convicted of driving on a suspended license four times.

3. According to a proffer by defense counsel, prior to his hospitalization, Defendant was

working (6 days a week doing agricultural work) and also has part time custody of his daughter. Defendant desires to get his license back so he can have the ability to drive legally, work, and provide transportation to himself and his family.

4. In the past two weeks, government counsel has been in discussions with the Tulare County District Attorney's Office about a possible resolution to his state cases – in coordination with this Court –that might put him on a more direct path to getting his license back. Defendant's next date in Tulare County Superior Court is June 10, 2024.

5. The parties anticipate that they would be in a position to propose a global resolution to Defendant's cases prior to June 10, 2024, and may need additional time for research and investigation before the Defendant's sentencing hearing in this Court. Thus, the parties stipulate and request that the Court continue the sentencing date in this matter from May 23, 2024 to July 26, 2024.

6. The parties agree that a continuance is in the interest of justice and, pursuant to 18 U S.C. § 3565(c), is reasonably necessary for the adjudication of his probation violation.

Dated:  May 21, 2024                                  PHILLIP A. TALBERT
                                                      United States Attorney


                                                      /s/ JEFFREY A. SPIVAK
                                                      JEFFREY A. SPIVAK
                                                      Assistant United States Attorney


Dated:  May 21, 2024                                  HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      /s/ Laura Myers
                                                      Laura Myers
                                                      Assistant Federal Defender
                                                      Counsel for Defendant

STIPULATION                                           2

**ORDER**

The sentencing hearing in this matter is continued from May 23, 2024 is continued to July 26, 2024 at 10:00 am.  No further continuances will be entertained.  The matter is also referred to probation for an updated criminal history report.  The defendant is ordered to personally appear.

IT IS SO ORDERED.

Dated:   **May 22, 2024**

UNITED STATES MAGISTRATE JUDGE